**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

GREGORY DOTSTRY, ROBERT L. JONES, JR., WILLIAM LITTLEHAWK, JAMES SMITH, and ROBERT WILLIAMS,
Plaintiffs,

v.

THE PEPSI BOTTLING GROUP, INC.,
Defendant.

Civil No. 99-1136 (DWF/AJB)

**ORDER FOR REASSIGNMENT OF RELATED CASES**

---

JERRY CALLICUTT, DAVID GORDON, GENTRY MCQUINSTON, D'ANDRE O'NEAL, and CRAIG POINDEXTER,
Plaintiffs,

v.

THE PEPSI BOTTLING GROUP, INC.,
Defendant.

Civil No. 00-95 (DWF/AJB)

---

SAMUEL WINCHESTER,
Plaintiff,

v.

THE PEPSI BOTTLING GROUP, INC.,
Defendant.

Civil No. 00-1827 (DSD/JMM)

Case Nos. 99-1136 and 00-95 having been assigned to Judge Donovan W. Frank and Case No. 00-1827 having later been assigned to Judge David S. Doty, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-1827 be assigned to Judge Donovan W. Frank, nunc pro tunc, by use of a card on the Civil Rights List of the automated case assignment

Filed OCT 30 2000
Francis E. Dosal, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________

system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: October 30, 2000

DONOVAN W. FRANK
Judge of United States District Court

Dated: October 30, 2000

DAVID S. DOTY
Judge of United States District Court

Pursuant to an Order for Reassignment of Related Cases, this case is reassigned to Judge Donovan W. Frank and Magistrate Judge John M. Mason.

NEW CASE NUMBER 00-1827 DWF/AJB

Use this case number for all further filings.