UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Samuel Winchester, Court File No.: 00-1827(~~DSD~~ DWF/AJB)

Plaintiff,

vs. **ORDER**

The Pepsi Bottling Group, Inc.,

Defendant.

---

The above-entitled matter came on for hearing on October 25, 2001 before Magistrate Judge Arthur Boylan on motion of Reinhardt and Anderson to withdraw as counsel for Plaintiff Samuel Winchester.

Based upon the files, records, and proceedings,

IT IS HEREBY ORDERED:

1. That the law firms of Reinhardt and Anderson and Lori C. Peterson and Associates are granted permission of this Court to withdraw and terminate representation of Samuel Winchester.

Dated: 11/13/01

BY THE COURT:

Arthur Boylan
United States Magistrate Judge



NOV 13 2001
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____